**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com
Attorneys for Plaintiff
JANE SCHUMACHER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE SCHUMACHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the **UNITED STATES DEPARTMENT OF AGRICULTURE**; and DOES I thru X<br><br>Defendants. | Case No.: 2:18-CV-00375-RFB-CWH<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Jane Schumacher ("Plaintiff") and Defendant United States Forest Service, an agency of the United States Department of Agriculture ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's (ECF No. 14) from the current deadline of June 11, 2019, up to and including June 18, 2019. Additional time is being requested because counsel for the Plaintiff will be out of town for much of the next week. This is the parties' first request to extend Plaintiff's deadline to respond.

This requested extension of time is sought in good faith and not for the purpose of causing undue delay.



| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: Wednesday, June 5, 2019. | |
| 3 | | |
| 4 | REMPFER MOTT LUNDY, PLLC | US Attorney's Office |
| 5 | /s/ Joseph N. Mott | /s/ Holly Vance |
| | Joseph N. Mott | Holly Vance |
| 6 | Nevada Bar No. 12455 | Attorney for Defendant |
| 7 | Scott E. Lundy | |
| | Nevada Bar No. 12455 | |
| 8 | Attorneys for Plaintiff | |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of June, 2019.



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com