NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States Forest Service*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jane Schumacher,<br><br>   Plaintiff,<br><br>v.<br><br>United States Forest Service, an agency of the United States Department of Agriculture; Sonny Perdue, Secretary of the Department of Agriculture; and DOES I-X.<br><br>   Defendants. | Case No. 2:18-cv-00375-RFP-DJA<br><br>**Stipulation and Order to Amend Caption and Complaint** |

Defendant United States of America, on behalf of the United States Forest Service, and Plaintiff Jane Schumacher herein stipulate that Plaintiff shall have 14 days to amend the caption of Plaintiff's Complaint to remove United States Forest Service, an agency of the United States Department of Agriculture from the caption and any allegations of the complaint because the head of the agency is only the properly named defendant in this action.

The parties further agree that upon the filing of the second amended complaint, the U.S. Attorney's Office, District of Nevada, c/o AUSA Brianna Smith, will accept service of

the summons and amended complaint for Defendant Sonny Perdue, Secretary of the Department of Agriculture.

Finally, the parties agree that after effecting service, Defendant will have 60 days to file the answer to the second amended complaint.

Respectfully submitted this 10th day of September, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

| | |
|---|---|
| /s *Brianna Smith* | /s *Scott E. Lundy* |
| BRIANNA SMITH | SCOTT E. LUNDY |
| Assistant United States Attorney | REMPFER MOTT LUNDY, PLLC |
| Counsel for Defendant | Counsel for Plaintiff |

**IT IS SO ORDERED.**

Dated: September 12, 2019

Daniel J. Albregts
United States Magistrate Judge