# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JANE SCHUMACHER,<br><br>        Plaintiff,<br><br>vs.<br><br>SONNY PERDUE, Secretary of the Department of Agriculture; and DOES I thru X,<br><br>        Defendants. | 2:18-cv-00375-RFB-DJA<br>**ORDER** |

Before the court is Defendant Sonny Perdue's Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 43).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Sonny Perdue's Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 43) must be filed on or before December 20, 2019.

DATED this 13th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE